SJS 45  (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Springfield    **Category No.** _____    **Investigating Agency** FBI _____

**City** Springfield

**County** Hampden

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number  3:26-mj-3051-CLM; 26-MJ-5273-JGD; 26-MJ-5274-JGD

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name  Jose Luis Alvarado Gonzalez, Jr.    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address:  1277 Bay Street, Springfield, MA

Birth date (Yr only): 1993    SSN (last 4#): 6171    Sex: M    Race _____    Nationality: USA

**Defense Counsel if known:**  Attorney James R. Goodhines    Address:  175 State St #400,

Bar Number: _____    Springfield, MA 01103

**U.S. Attorney Information**

AUSA:  Thomas A. Barnico, Jr.    Bar Number if applicable:  696929

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect:  Spanish

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**  Federal Courthouse - Boston

**Arrest Date:**  8/10/26

☑ Already in Federal Custody as of  8/10/26    in _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 8/10/2026    Signature of AUSA:  /s/ Thomas Barnico

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Jose Luis Alvarado Gonzalez, Jr.

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013